# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| S.H., P.H., and R.H., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:15-cv-0809 |
| | ) | Chief Judge Crenshaw |
| RUTHERFORD COUNTY SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court hereby rules as follows:

(1) The Report and Recommendation (Doc. No. 82) is **APPROVED** and **ADOPTED**, and the Objections thereto (Doc. Nos. 87, 88) are **OVERRULED**;

(2) Rutherford County Schools' Motion to Dismiss (Doc. No. 70) is **DENIED**;

(3) Plaintiffs' Motion for Judgment on the Record (Doc. No. 68) is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** insofar as Rutherford County Schools **SHALL** provide S.H. a Free and Appropriate Public Education, and **SHALL**:

(a) **PROVIDE FORMAL TRAINING** for Rutherford County Schools staff members who work with S.H. about best educational practices for students with Prader-Willi Syndrome;

(b) **MEET** with Plaintiffs and develop a mutually agreeable Individualized Education Plan and Behavior Improvement Plan for S.H.; and

(3) **REIMBURSE** Plaintiffs for their attorney's fees.

The Motion for Judgment is **DENIED** insofar as Plaintiffs request that S.H. be placed in the Kings'

Daughter's School at the expense of Rutherford County;

(4) Counsel **SHALL** personally meet and confer in an effort to agree upon a reasonable attorney's fees for work performed in this case. In the absence of an agreement, Plaintiffs **SHALL** file any Motion for Attorney's Fees within fourteen (14) days from (a) the deadline for filing an appeal if none if taken; (b) the issuance of a Mandate from the Court of Appeals; or (c) other disposition of the appeal, whichever is later. Any Motion for Attorney's Fees is **REFERRED** to Magistrate Judge Frensley for initial consideration.

The Clerk of the Court shall enter a Final Judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

```
                                    _____
                                    WAVERLY D. CRENSHAW, JR.
                                    CHIEF UNITED STATES DISTRICT JUDGE
```